FILED
CLERK, U.S. DISTRICT COURT

July 26, 2021

CENTRAL DISTRICT OF CALIFORNIA
BY: ___VPC___ DEPUTY

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUGH KRETSCHMER,<br><br>Plaintiff,<br><br>v.<br><br>BUSHWICK, LLC, *et al.*,<br><br>Defendants. | Case No. 2:21-cv-04482-SB-AFM<br>*Hon. Stanley Blumenfeld, Jr Presiding*<br><br>**JUDGMENT** |

<u>JUDGMENT:</u>

IT IS HEREBY ORDERED THAT:

1. Judgment is entered against Bushwick, LLC on Hugh Kretschmer's claim of copyright infringement in the amount of $5,000.00, inclusive of recoverable costs;

2. The Parties shall bear their own attorneys' fees as incurred in this action; and

3. The action shall be dismissed in its entirety with prejudice;

**IT IS ORDERED AND ADJUDGED THAT THE ABOVE JUDGMENT BE ENTERED BY THE CLERK.**

Dated: July 26, 2021          By: _____

HON. STANLEY BLUMENFELD, JR
UNITED STATES DISTRICT JUDGE